UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO.  07-321M (CR)** |
| | : | |
| **LATOYA MASON,** | : | **VIOLATIONS: 18 U.S.C. § 287 (False** |
| | : | **Claims); D.C. Code § 4-218.01(a)** |
| **Defendant.** | : | **(Fraud in Obtaining Public Assistance)** |

**I N F O R M A T I O N**

The United States Attorney charges**:**

<u>**COUNT ONE**</u>

Beginning on or about March 12, 2002, Latoya Mason, a resident of the District of Columbia, knowingly and intentionally presented false claims for financial assistance to the District of Columbia Housing Authority ("DCHA"), which is funded by the U.S. Department of Housing and Urban Development, a federal government agency.  From on or about March 12, 2002, to on or about September 30, 2006, in the District of Columbia, Latoya Mason knowingly and intentionally presented false claims to DCHA for program benefits (reduced rent and financial assistance) that she knew she was ineligible to receive, and fraudulently obtained funds and financial assistance on the basis of these false claims.  In total, Latoya Mason fraudulently obtained approximately $20,889 by knowingly and intentionally filing these false claims to DCHA to obtain benefits provided by federal funds.

**(False Claims, in violation of l8 U.S.C. § 287).**

## COUNT TWO

At all times material to this Information:

The District of Columbia Housing Authority ("DCHA") was a District of Columbia government agency that administered a public housing assistance program in this District. Latoya Mason resided at 618 Park Morton Street, N.W., Apartment 32, Washington, D.C., within a public housing project known as Park Morton, and was a participant in DCHA's public housing assistance program.  From on or about March 12, 2002, to on or about September 30, 2006, Latoya Mason did knowingly, and with the intent to injure and defraud, obtain public assistance, that is, money from DCHA, by, on multiple occasions, improperly submitting annual recertification forms to DCHA in which she intentionally under-reported her annual income, which resulted in DCHA partially funding the rent of Latoya Mason in an amount greater than she was eligible to receive.  As a result of the scheme, Latoya Mason improperly received public assistance, that is, money belonging to DCHA to which she was not entitled, and used the money for her own benefit and use.

**(Fraud in Obtaining Public Assistance, in violation of D.C. Code § 4-218.01(a)).**

JEFFREY A. TAYLOR
United States Attorney
Bar No.  498610

By:  _____/s/_____
JEAN W. SEXTON
Assistant United States Attorney
N.J. Bar 02122–1995
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1419;  Jean.Sexton@usdoj.gov