U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA            :
                                    :
                v.                  :
                                    :
LATOYA MASON                        :   Case No. 08-132 (ESH)
                                    :
                                    :
                                    :

**ORDER**

FILED
JUN 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __13th__ day of __JUNE, 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __6/13/08__ by __Special Agent Jeff Lowery (HUD)__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __1st District, MPD__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80