UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 08-0132 (ESH)
)
LATOYA MASON, )
)
Defendant. )
)

## ORDER

In a hearing before Magistrate Judge Facciola on June 13, 2008, the defendant entered a plea of guilty and the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

ELLEN SEGAL HUVELLE
United States District Judge

Date: July 30, 2008