AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _Columbia_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>LATOYA MASON | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 08-132 |

I, _LATOYA MASON_____, the above named defendant, who is accused of

**FILED**

AUG 0 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6-13-08__ prosecution by indictment and consent that the
                          Date
proceeding may be by information rather than by indictment.

X _LaToya Mason_____
   Defendant

_____
Counsel for Defendant

Before _John M. Facala_____
         Judicial Officer